# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-1094
_____

Salvador Solis Ortega

*Petitioner*

v.

Merrick B. Garland, Attorney General of the United States

*Respondent*
_____

Petition for Review of an Order of the
Board of Immigration Appeals
_____

Submitted: August 16, 2022
Filed: August 19, 2022
[Unpublished]
_____

Before COLLOTON, GRUENDER, and BENTON, Circuit Judges.
_____

PER CURIAM.

Mexican citizen Salvador Solis Ortega petitions for review of an order of the Board of Immigration Appeals denying his motion for reconsideration as untimely. Having jurisdiction under 8 U.S.C. § 1252, this court denies the petition.

Solis Ortega requests a remand or an abeyance to permit the United States Citizenship and Immigration Services to consider his pending nonimmigrant U-visa.

Solis Ortega waived any challenge to the denial of his motion for reconsideration, because he failed to advance any argument that the agency erred in denying the motion. *See Chay-Velasquez v. Ashcroft*, 367 F.3d 751, 756 (8th Cir. 2004). He also failed to administratively exhaust the issue raised in his brief. *See* 8 U.S.C. § 1252(d)(1); *Bakor v. Barr*, 958 F.3d 732, 738-39 (8th Cir. 2020), *cert. denied sub nom. Bakor v. Garland*, 141 S. Ct. 2566 (2021).

The petition is denied.

_____